MARK LABATON #159555
KREINDLER & KREINDLER LLP
707 Wilshire Boulevard
Los Angeles, California 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019
Email: mlabaton@kreindler.com

[Additional Counsel Listed on Signature Block]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOUG HAMILTON,<br><br>    Plaintiff,<br><br>    vs.<br><br>KEVIN P. CONNERS, ROBERT J. SANTILLI, and CUTERA, INC.,<br><br>    Defendants. | Case No.: C-07-2128-VRW<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>*IT IS SO ORDERED AS MODIFIED*<br>*Judge Vaughn R Walker* |
| EDWARD ZAKKAK, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>KEVIN P. CONNERS, ROBERT J. SANTILLI, and CUTERA, INC.<br><br>    Defendants. | Case No.: C-07-2158-VRW |

**STIPULATION AND [PROPOSED] ORDER - Case No. C-07-2128 VRW**

**STIPULATION**

Whereas, a Motion for Appointment of Lead Plaintiffs and Co-Lead Counsel was made in these matters by Gunawan Onie, Zahed Siddique, Jamie W. Collins, Kenneth J. Chin, and Gary T. Hornyak (collectively, the "Onie Group" or "Movants") on June 18, 2007 (the "Lead Motion"); and

Whereas, this Court has set a hearing on that Motion for August 9, 2007, and additionally set an Initial Case Management Conference in both of the above-captioned cases for August 14, 2007; and

Whereas, the parties believe that it would be in the interests of judicial economy and efficiency to consolidate the Case Management Conference and the hearing on the Lead Motion so that both can take place on the same date; and

Whereas, additional time is needed by the parties to prepare for any hearing or Initial Case Management Conference due to scheduling issues, due to Movants' currently being in the process of retaining new counsel, and for any newly-retained counsel to have sufficient time to file an amended Motion for appointment of Lead or Co-Lead Counsel, and for such counsel to familiarize itself with the case, and with the pleadings to date;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, that:

1. The Initial Case Management Conference and the Lead Motion hearing shall be consolidated so that they may proceed on the same date;

2. The dates and deadlines previously set forth for the Initial Case Management Conference and the hearing on the Lead Motion are vacated;

3. The Initial Case Management Conference and the hearing on the Lead Motion shall be heard before this Court on ~~September 18, 2007~~ SEPTEMBER 20, 2007 at 2:00 p.m. at such time as the Court may set, or on such subsequent date and time as the Court may set, and the case management statement shall be filed by September 11, 2007, or on such subsequent date as the Court may set.

///

///

///

2

**STIPULATION AND [PROPOSED] ORDER - Case No. C-07-2128 VRW**

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Dated: July 18, 2007 | | SIDLEY AUSTIN LLP |

By: /s/ Timothy T. Scott
Timothy T. Scott
Attorneys for Defendants Cutera, Inc.,
Kevin P. Connors, and Ronald J. Santilli

Dated: July 18, 2007    KREINDLER & KREINDLER LLP

By: /s/ Mark I. Labaton
Mark I. Labaton
Attorneys for Plaintiff Doug Hamilton and Movants Gunawan Onie, Zahed Siddique, Jamie W. Collins, Kenneth J. Chin, and Gary T. Hornyak

Dated: July 18, 2007    SCHIFFRIN BARROWAY TOPAZ & KESSLER LLP

By: /s/ Alan R. Plutzik
Alan R. Plutzik
Attorneys for Plaintiff Edward Zakkak

3

**STIPULATION AND [PROPOSED] ORDER - Case No. C-07-2128 VRW**

|   |   |
|---|---|
| 1 |  |
| 2 | **[PROPOSED] ORDER** |
| 3 | Pursuant to stipulation, IT IS SO ORDERED. |

Dated: _____, 2007

_____
THE HONORABLE VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE

4

**STIPULATION AND [PROPOSED] ORDER - Case No. C-07-2128 VRW**

| | |
|---|---|
| 1 | **SIGNATURE ATTESTATION** |
| 2 | I am the ECF User whose identification and password are being used to file the |
| 3 | foregoing Stipulation and [Proposed] Scheduling Order. In compliance with General Order 45.X.B., |
| 4 | I hereby attest that each of the other signatories has concurred in this filing. |

Dated: July 18, 2007                     SIDLEY AUSTIN LLP

By: /s/ Timothy T. Scott
    Timothy T. Scott
    SIDLEY & AUSTIN LLP
    555 California Street, Suite 2000
    San Francisco, CA 94104-1715
    Telephone: 415-772-1200
    Facsimile:  415-772-7400

    Attorneys for Defendants Cutera, Inc.,
    Kevin P. Connors, and Ronald J. Santilli

5

SF1 1467172v.1

**STIPULATION AND [PROPOSED] ORDER - Case No. C-07-2128 VRW**