1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOUG HAMILTON,

        Plaintiff,

        v

KEVIN P CONNERS, ROBERT J
SANTILLI and CUTERA, INC,

        Defendants.
_____/

No   C 07-2128 VRW

ORDER

EDWARD ZAKKAK, individually and
on behalf of all others similarly
situated,

        Plaintiffs,

        v

CUTERA, INC, KEVIN P CONNERS and
ROBERT J SANTILLI,

        Defendants.
_____/

No   C 07-2468 VRW

ORDER

        On November 2, 2007, the court consolidated the above-
captioned actions.  See 07-2128 VRW Doc #33; 07-2468 VRW Doc #21.
The court further ORDERS as follows:

1   **1.** **Hamilton v Conners et al, C 07-2128 VRW and Zakkak v**
2   **Cutera Inc et al, C 07-2468 VRW are consolidated for all purposes,**
3   **including pretrial proceedings and trial, pursuant to FRCP 42(a).**

4   **2.** **The caption of these consolidated actions shall be**
5   **"In re Cutera Securities Litigation," and the files of these**
6   **consolidated actions shall be maintained in one file under Master**
7   **File No C 07-2128 VRW.** **Any other actions now pending or hereafter**
8   **filed in this district which arise out of or are related to the**
9   **same facts as alleged in the above-identified cases shall be**
10  **consolidated for all purposes if, as and when they are drawn to the**
11  **court's attention.**

12  **3.** **A Master Docket and a Master File are hereby**
13  **established for the consolidation of proceedings in all of the**
14  **actions consolidated herein and in all other cases filed in or**
15  **transferred to this court and consolidated herewith (hereinafter**
16  **"these consolidated actions").** **Entries in said Master Docket shall**
17  **be applicable to these consolidated actions as more fully set forth**
18  **below.** **Separate dockets shall also be maintained for each of these**
19  **consolidated actions, and entries shall be made therein in**
20  **accordance with the regular procedures of the clerk of this court,**
21  **except as modified by this order.**

22  **4.** **When a pleading is filed and the caption, pursuant**
23  **to 8 and 9, infra, shows that it is to be applicable to "All Class**
24  **Actions," the clerk shall file such pleading in the Master File and**
25  **note such filing in the Master Docket.** **No further copies need be**
26  **filed or docket entries made.**

27  **5.** **When a pleading is filed and the caption, pursuant**
28  **to 8 and 9, infra, shows that it is to be applicable to fewer than**

all of these consolidated actions, the clerk need file such pleading only in the Master File but nonetheless shall note such filing in both the Master Docket and in the docket of each such action.

6.   When a case which properly belongs as part of In re Cutera Securities Litigation is hereafter filed in this court or transferred here from another court and assigned to Judge Walker, the clerk of this court shall:

(a)   Place a copy of this order in the separate file for such action;

(b) Serve upon the attorneys for the plaintiffs in the newly filed or transferred case a copy of this order and direct that this order be served upon any new defendant(s) in the newly filed or transferred case, or their counsel; and

(c)   Make an appropriate entry in the Master Docket. This court requests the assistance of counsel in calling to the attention of the clerk of this court by administrative motion the filing or transfer of any case which might properly be consolidated as part of In re Cutera Securities Litigation.

7.   This order shall apply to each case subsequently filed in this court or transferred to this court which is related to In re Cutera Securities Litigation, unless a party objecting to the consolidation of such case or to any other provision of this order shall, within ten days after the date upon which a copy of this order is mailed to counsel for such party, file an application for relief from this order or any provision herein, and this court deems it appropriate to grant such application.

1    8.   Every pleading filed in these consolidated actions,

2    or in any separate action included herein, shall bear the following

3    caption:

4                    UNITED STATES DISTRICT COURT

5                 NORTHERN DISTRICT OF CALIFORNIA

6    In re CUTERA                    )      Master File No.
     SECURITIES LITIGATION           )
7    _____)      C 07-2128 VRW
                                      )
8    This Document Relates to:       )
                                      )      Class Action
9    _____)

10    9.   When a pleading is intended to be applicable to all

11   actions in which this order is applicable, the words "All Actions"

12   shall appear immediately after the words "This Document Relates

13   to:" in the caption set out above.  When a pleading is intended to

14   be applicable to some, but not all, of such actions, this court's

15   docket number for each individual action to which this pleading is

16   intended to be applicable and the last name of the first-named

17   plaintiffs in said action shall appear immediately after the words

18   "This Document Relates to:" in the caption described above, for

19   example, "C 07-2468 VRW (Zakkak)."

20        All other pending case management issues will be

21   addressed by way of a separate order.

22

23        IT IS SO ORDERED.

24

25   _____

26   VAUGHN R WALKER

27   United States District Chief Judge

28

                              4

United States District Court

For the Northern District of California