IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN re CUTERA SECURITIES LITIGATION / | Master File No<br>C 07-2128 VRW<br><br>Class Action |
| This Document Relates to:<br>All Actions / | ORDER |

In order to facilitate the just and orderly resolution of the above putative class action, the court hereby orders the following:

All plaintiffs' counsel shall keep a daily record of their time spent and expenses incurred in connection with this litigation, indicating with specificity the hours, location and particular activity (such as "conduct of deposition of AB").  The failure to maintain such records will be grounds for denying court-awarded attorney fees, as will an insufficient description of the activity (such as "research" or "review of correspondence").

1    Lead Counsel shall file under seal with the clerk
2 quarterly reports summarizing, for all participating counsel, the
3 time and expenses spent during the preceding quarter (and the
4 ordinary billing rates of such attorneys in effect during that
5 time) and the accumulated total of counsel's time, hourly rates and
6 expenses to date, arranged according to the particular activities.
7 See Manual for Complex Litigation (Fourth) § 40.23 (2004).
8    The quarterly reports shall begin with the calendar
9 quarter in which work on this litigation commenced and each
10 calendar quarter thereafter (i e, March 31, June 30, September 30
11 and December 31).

14    IT IS SO ORDERED.

17    VAUGHN R WALKER
18    United States District Chief Judge