**Timothy T. Scott (SBN 126971)**
tscott@sidley.com
**Robert B. Martin III (SBN 235489)**
rbmartin@sidley.com
**SIDLEY AUSTIN LLP**
**555 California Street, Suite 2000**
**San Francisco, California  94104**
Telephone:   (415) 772-1200
Facsimile:    (415) 772-7400

**Attorneys For Defendants CUTERA, INC.,**
**KEVIN P. CONNORS, and RONALD J. SANTILLI**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re CUTERA SECURITIES LITIGATION | Master File No.: C-07-2128 VRW |
| | CLASS ACTION |
| | **STATUS CONFERENCE JOINT STATEMENT AND [~~PROPOSED~~] ORDER** |
| This Document Relates to:  All Actions | Date: January 8, 2008<br>Time: 10:00 a.m.<br>Before: The Honorable Vaughn R. Walker |

At the Initial Case Management Conference held before the Court on November 1, 2007, counsel for Defendants Cutera, Inc., Kevin P. Connors, and Ronald J. Santilli (collectively "Defendants") suggested to the Court the possibility of concurrent briefing for a motion to dismiss and a motion for class certification in this action. The Court scheduled a Status Conference for January 8, 2008 to discuss the suggestion and requested the parties file status conference statements by January 4, 2008. Pursuant to that order, the parties hereby file this Status Conference Joint Statement and [Proposed] Order.

On December 17, 2007, Lead Plaintiffs filed their Consolidated Amended Complaint. Defendants intend to file a motion to dismiss the complaint on January 31, 2008, the deadline set by the Court.

With respect to class certification, at least one legal basis upon which Defendants intend to oppose class certification will require discovery in the form of depositions of representative institutional investors in Cutera common stock. Some or all of such discovery may be contested and both time-consuming and expensive. Because Defendants believe that the current complaint is deficient and the time and expense of class certification discovery can thus be avoided entirely, Defendants believe the most efficient approach is to first determine the sufficiency of the complaint through a motion to dismiss before addressing class certification issues. This sequence is also efficient for the Court, because the Court need not consider absent class member discovery disputes or class certification issues if Defendants prevail on their motion to dismiss.

Although Lead Plaintiffs disagree with the Defendants' assessment of the sufficiency of the complaint, Lead Plaintiffs and Lead Counsel agree that the sequence described above is preferable and more efficient for all the parties and the Court.

Accordingly, the parties respectfully request that, pursuant to the following [Proposed] Order, the Court maintain the briefing schedule for the motion to dismiss currently in effect, and postpone consideration of class certification until after the Court issues a ruling on the motion to dismiss. At the November 1, 2007 hearing, the Court stated that if the parties agreed upon this schedule, the Court would cancel the January 8, 2008 Status Conference. Because the [Proposed] Order resolves the issues to be discussed at the Status Conference, the parties

1 respectfully submit that the Status Conference is no longer necessary and should be removed from
2 the Court's calendar.

4 Respectfully submitted,

6 Dated: January 4, 2008                          SIDLEY AUSTIN LLP

                                                 By: /s/ Timothy T. Scott
                                                     Timothy T. Scott
                                                     Attorneys For Defendants Cutera, Inc.,
                                                     Kevin P. Connors, and Ronald J. Santilli

12 Dated: January 4, 2008                         GLANCY BINKOW & GOLDBERG LLP

                                                 By: /s/ Peter A. Binkow
                                                     Peter A. Binkow
                                                     Co-Lead Counsel for Lead Plaintiffs

# ~~[PROPOSED]~~ ORDER

The briefing schedule set forth by the Court for a motion to dismiss by Defendants remains in effect. The last day for Defendants to file a motion to dismiss is January 31, 2008. The last day for Plaintiffs to oppose the motion is March 3, 2008. The last day for Defendants to file a reply in support of their motion is March 20, 2008. The Court will hold a hearing on the motion on April 3, 2008 at 2:30 p.m.

The Status Conference scheduled for January 8, 2008 is taken off-calendar.

Dated: January _7_, 2008



_____
THE HONORABLE VAUGHN R. WALKER
United States District Judge

GRANTED — Judge Vaughn R Walker

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Status Conference Joint Statement and [Proposed] Order.  In compliance with General Order 45.X.B., I hereby attest that each of the other signatories has concurred in this filing.

Dated:  January 4, 2007                                     SIDLEY AUSTIN LLP

By: /s/ Timothy T. Scott
     Timothy T. Scott
     SIDLEY AUSTIN LLP
     555 California Street, Suite 2000
     San Francisco, CA 94104-1715
     Telephone: 415-772-1200
     Facsimile:   415-772-7400

     Attorneys for Defendants Cutera, Inc.,
     Kevin P. Connors, and Ronald J. Santilli