1  Timothy T. Scott (SBN 126971)
   tscott@sidley.com
2  Robert B. Martin III (SBN 235489)
   rbmartin@sidley.com
3  SIDLEY AUSTIN LLP
   555 California Street, Suite 2000
4  San Francisco, California 94104
   Telephone:   (415) 772-1200
5  Facsimile:   (415) 772-7400

6  Attorneys For Defendants CUTERA, INC.,
   KEVIN P. CONNORS, and RONALD J. SANTILLI
7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12 | In re CUTERA SECURITIES LITIGATION    ) Master File No.: C-07-2128 VRW
13 |                                       )
   |                                       ) CLASS ACTION
14 |                                       )
   |                                       ) STIPULATION AND [PROPOSED]
15 |_____) SCHEDULING ORDER
   |                                       )
16 | This Document Relates to: All Actions )
17 |                                       )
18 |                                       )
19 |                                       )
20 |                                       )
21 |                                       )
22 |_____)

## STIPULATION

WHEREAS, pursuant to the Court's January 7, 2008 order, Lead Plaintiffs' opposition to Defendants' motion to dismiss is due on March 3, 2008; Defendants' reply in support of their motion to dismiss is due March 20, 2008; and the hearing on the motion to dismiss is scheduled for April 3, 2008 at 2:30 p.m.;

WHEREAS, counsel for Defendants recently learned that he is required to be in Florida from March 30, 2008 through April 6, 2008 for a series of meetings with the Securities Industry and Financial Markets Association Compliance and Legal Division, followed immediately thereafter by the Sidley Austin LLP annual partners' meeting, thus posing a conflict with the April 3, 2008 hearing date;

WHEREAS, the parties have met and conferred regarding a modification of the Court's current scheduling order, and counsel for Lead Plaintiffs have no opposition to the modification proposed herein;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, that the schedule for the remainder of the briefing on the motion to dismiss and the hearing thereon shall be as follows:

| | |
|---|---|
| Lead Plaintiffs' Opposition Due: | March 10, 2008 |
| Defendants' Reply Due: | April 3, 2008 |
| Hearing on Defendants' Motion: | April 17, 2008 at 2:30 p.m. |

Respectfully submitted,

Dated: February 15, 2008            SIDLEY AUSTIN LLP


By: /s/ Timothy T. Scott
<u>                                      </u>
Timothy T. Scott
Attorneys For Defendants Cutera, Inc.,
Kevin P. Connors, and Ronald J. Santilli

---

STIPULATION AND [PROPOSED] SCHEDULING ORDER – CASE NO. C-07-2128 VRW

1

Dated: February 15, 2008                    GLANCY BINKOW & GOLDBERG, LLP


                                            By: /s/ Peter A. Binkow
                                                Peter A. Binkow
                                                Co-Lead Counsel for Lead Plaintiffs


### [~~PROPOSED~~] ORDER

Upon stipulation of the parties, and good cause appearing, the schedule for the remainder of the briefing on the motion to dismiss and the hearing thereon shall be as follows:

| | | |
|---|---|---|
| Lead Plaintiffs' Opposition Due: | ~~March 10, 2008~~ | April 1, 2008 |
| Defendants' Reply Due: | ~~April 3, 2008~~ | April 17, 2008 |
| Hearing on Defendants' Motion: | ~~April 17, 2008 at 2:30 p.m.~~ | May 1, 2008 at 2:30 p.m. |

IT IS SO ORDERED.

Dated: February __20__, 2008

_____
THE HONORABLE VAUGHN R. WALKER
United States District Court

[STAMP: IT IS SO ORDERED AS MODIFIED / Judge Vaughn R Walker / United States District Court Northern District of California]

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Scheduling Order. In compliance with General Order 45.X.B., I hereby attest that each of the other signatories has concurred in this filing.

Dated: February 15, 2008

SIDLEY AUSTIN LLP

By: /s/ Timothy T. Scott
Timothy T. Scott
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104-1715
Telephone: 415-772-1200
Facsimile:   415-772-7400

Attorneys for Defendants Cutera, Inc., Kevin P. Connors, and Ronald J. Santilli