Robert B. Martin III (SBN 235489)
rbmartin@sidley.com
**SIDLEY AUSTIN LLP**
555 California Street, Suite 2000
San Francisco, California 94104
Telephone:   (415) 772-1200
Facsimile:   (415) 772-7400

Attorneys For Defendants CUTERA, INC.,
KEVIN P. CONNORS, and RONALD J. SANTILLI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re CUTERA SECURITIES LITIGATION | MASTER FILE NO. C-07-2128-VRW |
| | <u>CLASS ACTION</u> |
| | **WITHDRAWAL OF COUNSEL AND [PROPOSED] ORDER** |
| This Document Relates to:  All Actions | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that on October 2, 2008, Defendants Cutera, Inc., Kevin P. Connors, and Ronald J. Santilli substituted as their attorneys of record Timothy T. Scott and Geoffrey M. Ezgar of King & Spalding LLP, 1000 Bridge Parkway, Suite 100, Redwood Shores, California 94065 for Sidley Austin LLP, and consented to the withdrawal of Sidley Austin LLP as their attorneys of record. Accordingly, pursuant to N.D. Cal. Local Rule 11-5, Sidley Austin LLP respectfully requests the Court permit its withdrawal as attorneys of record for Defendants in this matter.

Dated: October 9, 2008            SIDLEY AUSTIN LLP

                                         By: /s/ Robert B. Martin III
                                                 Robert B. Martin III
                                                 Attorneys For Defendants Cutera, Inc.,
                                                 Kevin P. Connors, and Ronald J. Santilli

## [~~PROPOSED~~] ORDER

The Court GRANTS Sidley Austin LLP's request to withdraw as attorneys of record for Defendants in this matter.

IT IS SO ORDERED.

Dated: October 16, 2008



_____
THE HONORABLE VAUGHN R. WALKER
United States District Judge

---

3

**WITHDRAWAL OF COUNSEL AND [PROPOSED] ORDER - C-07-2128 VRW**

SF1 1512952v.1