IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN re CUTERA SECURITIES LITIGATION / | Master File No C 07-2128 VRW   Class Action |
| This Document Relates to: All Actions / | ORDER |

      On September 30, 2008 the court issued an order (Doc #79) granting defendants' motion to dismiss without prejudice (Doc #46) the consolidated amended complaint (Doc #43) for failure to state a claim. The court gave lead plaintiff thirty days from the date of the order to file a second amended consolidated complaint. On October 28, 2008 lead plaintiff filed a notice of its intention not to file a second amended consolidated complaint. Because the lead plaintiff will not file a further complaint, the court ORDERS the clerk to close the file and terminate all motions.

      IT IS SO ORDERED.

VAUGHN R WALKER  
United States District Chief Judge